## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**JASON CLAYBROOK**, individually and on behalf of others similarly situated,

                 Plaintiff,

vs.

**SOLID WASTE SERVICES, INC.** d/b/a **J.P. MASCARO AND SONS**,

            Defendant.

Civil Case No.: 2:18-cv-02065-JHS

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to bear their own attorneys' fees and costs.

Respectfully submitted this 5th day of July, 2018.

/s/ *Jason T. Brown*
Jason T. Brown
Nicholas Conlon (*pro hac vice* admission)
Ching-Yuan Teng (*pro hac vice* admission)
JTB Law Group, LLC
155 2nd Street, Suite 4
Jersey City, NJ 07302
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com
tonyteng@jtblawgroup.com

*Attorneys for Plaintiff*

/s/ *Albert A. DeGennaro*
Albert A. DeGennaro, Esquire
William F. Fox, Jr., Esquire
2650 Audubon Road
Audubon, PA 19403
484-398-6500
al.degennaro@ipmascaro.com
bill.fox@jpmascaro.com

*Attorney for Defendant*